**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BETTY J. POWERS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>**Acting Commissioner of Social Security,**<br><br>　　　　　　Defendant. | NO. EDCV 23-1800-KS<br><br>ORDER RE: STIPULATION FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ("EAJA") FEES |

　　Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation") (Dkt. No. 13), IT IS ORDERED that EAJA attorney fees are awarded in the amount of ONE THOUSAND AND THREE DOLLARS AND 96/100 ($1,003.96) with zero ($0.00) costs, subject to the terms of the Stipulation.

DATED: November 30, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Karen L. Stevenson_
　　　　　　　　　　　　　　　　　　　　　　　　HON. KAREN L. STEVENSON
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF U.S. MAGISTRATE JUDGE